UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sharay Price,

      **Plaintiff,**

v.

Hunter Warfield,

      **Defendant.**

Civil No. 12-0977 (MJD/JJG)

**O R D E R**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge. No objections were filed in the time period permitted. Therefore, based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's address of record is changed to 284 Petunia Terrace, Apartment 302, Sanford, Florida 32771;

2. Defendant's Motion to Dismiss for Lack of Prosecution (ECF No. 22) is **GRANTED**;

3. This case is **DISMISSED WITHOUT PREJUDICE**; and

4. **JUDGMENT IS ENTERED ACCORDINGLY.**

Dated: July 1, 2013

s/Michael J. Davis
MICHAEL J. DAVIS
Chief Judge
United States District Court