≇AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Sharay Price,

                                  **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

V.

                              Case Number:   12-0977 (MJD/JJG)

Hunter Warfield,

        Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's address of record is changed to 284 Petunia Terrace, Apartment 302, Sanford, Florida 32771;

2. Defendant's Motion to Dismiss for Lack of Prosecution (ECF No. 22) is **GRANTED**;

3. This case is **DISMISSED WITHOUT PREJUDICE**; and

4. **JUDGMENT IS ENTERED ACCORDINGLY.**

| | |
|---|---|
| July 3, 2013 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/J. Zuech |
| | (By)    J. Zuech   Deputy Clerk |

Form Modified:  09/16/04